IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH RUCKER,

     Plaintiff,                    No. CIV S-12-0625 CKD P

     vs.

C.O. SMITH, et al.,

     Defendants.          <u>ORDER</u>

         Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. He has consented to all proceedings in this matter being held before a United States Magistrate Judge. <u>See</u> 28 U.S.C. § 636(c). By order filed April 5, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint. Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

Dated: May 18, 2012

                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE

1/ruck0625.fta